JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE NATIONAL ELECTRICAL INDUSTRY FUND, AND CONTRACT COMPLIANCE FUND,<br><br>    Plaintiffs,<br>  v.<br><br>SALAHELDIN ABDALLA FADUL, an individual doing business as "S A S Electrical",<br><br>    Defendant. | CASE NO.: SACV14-00937-DOC (RNBx)<br><br>ASSIGNED TO THE HONORABLE DAVID O. CARTER<br><br>**JUDGMENT** |
|---|---|

-1-

JUDGMENT

[Proposed] Judgment.docx

Plaintiffs' motion for default judgment was filed on December 10, 2014, in the above-referenced Court, the Honorable David O. Carter, United States District Judge, presiding. After full consideration of the evidence and the authorities submitted by counsel:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, the Los Angeles Electrical Workers Credit Union, the National Electrical Industry Fund, and Contract Compliance Fund shall recover from defendant Salaheldin Abdalla Fadul, an individual doing business as "S A S Electrical", the principal amount of $64,791.67 (consisting of unpaid fringe benefit contributions of $56,455.44, prejudgment interest of $1,045.56, and liquidated damages of $7,290.67), together with attorneys' fees of $5,838.00, and costs of $791.40, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: <u>January 30, 2015</u>

_David O. Carter_
UNITED STATES DISTRICT JUDGE

[Proposed] Judgment.docx